**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

TNT SOFTWARE, LLC and TUMI
ENTERTAINMENT, INC.,

    Plaintiffs,

v.                                                                              Case No: 5:14-cv-267-Oc-10PRL

G&G BIZ CENTER BRADENTON,
INC., G&G 45TH, INC., CHANGLONG
ZENG and CHANG DONG ZENG

    Defendants.

## ORDER

On September 7, 2016, Plaintiffs moved to enforce the terms of a confidential settlement agreement, which Plaintiffs assert that Defendants have violated. (Doc. 69). That motion was then referred to me. (Doc. 74). On October 28, 2016, after a telephonic hearing (Doc. 76, 77), I entered an order scheduling a discovery period and an evidentiary hearing to help resolve Plaintiffs' motion. (Doc. 78). Also in that order, I granted the parties' oral request to file a motion to seal their confidential settlement agreement.

Defendants have now moved to seal the parties' confidential settlement agreement. (Doc. 79). Although the time for responding to the motion has passed, Plaintiffs have not objected to the motion; thus I will treat the motion as unopposed. Given the confidential nature of the settlement agreement and that discovery is ongoing in this case, Defendants' motion (Doc. 79) is due to be **GRANTED**. *See Lee v. Ocwen Loan Servicing, LLC*, No. 1:14-CV-99-TCB-LTW, 2014 WL 12546415, at *1 (N.D. Ga. June 17, 2014), *report and recommendation adopted,* No. 1:14-CV-99-TCB, 2014 WL 12546417 (N.D. Ga. July 9, 2014) (sealing a settlement agreement

where the parties agreed "to keep it confidential and there is a strong societal interest in giving the parties the opportunity to settle their disputes in private"); *Graphic Packaging Int'l, Inc. v. C.W. Zumbiel Co.*, No. 3:10-CV-891-J-JBT, 2010 WL 6790538, at *2 (M.D. Fla. Oct. 28, 2010) (sealing documents due, in part, to a company's interest in "in maintaining the confidentiality of . . . the terms of its contractual relationship"). The confidential settlement agreement (Doc. 80) shall remain sealed until further order.[1]

**DONE** and **ORDERED** in Ocala, Florida on November 28, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] I do note, without deciding, that if this case progresses and the parties do litigate whether Defendants have violated the settlement agreement, then the public's interest in the terms of the agreement could outweigh the parties' present interest in privacy.